1  SHARON L. ANDERSON (SBN 94814)
   County Counsel
2  MONIKA L. COOPER (SBN 193729)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
4  Martinez, California 94553
   Telephone: (925) 335-1800
5  Facsimile: (925) 335-1866
   Electronic mail: monika.cooper@cc.cccounty.us
6
7  Attorneys for Defendants
   COUNTY OF CONTRA COSTA and
   SHERIFF WARREN RUPF
8
9  JOHN L. BURRIS
   STEVEN R. YOURKE
   Law Offices of John L. Burris
10 7767 Oakport St., Suite 1120
   Oakland, CA  94621
11 Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
12 Electronic mail: steven.yourke@johnburrislaw.com
13 Attorneys for Plaintiff
   PETER MAHER

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MAHER<br><br>  Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY,<br>SHERIFF WARREN RUPF,<br>and Does 1 through 10<br><br>  Defendants. | No.  C 10-01491 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO EXCUSE SHERIFF RUPF FROM ATTENDING THE SETTLEMENT CONFERENCE |

IT IS HEREBY STIPULATED BY AND BETWEEN COUNSEL FOR ALL PARTIES:

  WHEREAS on September 21, 2010 this Court set a Settlement Conference in this action for October 15, 2010; and

WHEREAS Sheriff Warren Rupf is sued only in his official capacity; and

WHEREAS Sheriff Warren Rupf has no personal knowledge of the events that allegedly occurred in the jail on June 3, 2009; and

WHEREAS Sheriff Warren Rupf is unavailable to attend the Settlement Conference due to previously scheduled duties and obligations as the Sheriff of Contra Costa County; and

WHEREAS the parties wish to proceed with the scheduled Settlement Conference date; and

WHEREAS Penny Bailey, Acting Liability Assistant Risk Manager will attend the Settlement Conference with authority to negotiate settlement.

THE PARTIES JOINTLY REQUEST THAT THIS COURT EXCUSE SHERIFF WARREN RUPF'S PERSONAL APPEARANCE AT THE OCTOBER 15, 2010 SETTLEMENT CONFERENCE.

DATE: October 8, 2010

SHARON L. ANDERSON
COUNTY COUNSEL

/s/

By:_____
Monika L. Cooper
Deputy County Counsel
Attorneys for Defendants
COUNTY OF CONTRA COSTA and
SHERIFF WARREN RUPF

DATE: October 8, 2010

LAW OFFICES OF JOHN BURRIS

/s/

By:_____
STEVEN R. YOURKE
Attorney for Plaintiff
PETER MAHER

**ORDER**

Good cause appearing therefore, and based on the above stipulation of the parties, by and through counsel, IT IS HEREBY ORDERED that Sheriff Warren Rupf be excused from attending the settlement conference set for October 15, 2010.

DATED: October 13, 2010

JAMES LARSON
United States Magistrate Judge